UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEP'T OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No.  2:13-cv-00927 DAD P<br><br><br>ORDER |

Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c).  (See ECF No. 5.)  By order filed August 15, 2013, plaintiff was granted thirty days from the date of service of the order to file a complaint and to submit either an application to proceed in forma pauperis or the filing fee.  Thirty days from that date of service of the order have now passed, and plaintiff has not filed a complaint or an in forma pauperis application, has not submitted the filing fee, or otherwise responded to the court's order.  Plaintiff was advised that failure to comply with the court's order would result in the dismissal of this action.

/////

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

2   <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3   Dated: September 23, 2013

```
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE
```

DAD:4
rod927.fta-fifp